(128 So. 359)

## John SMITH, Jr., v. STATE.

### 7 Div. 950.

Supreme Court of Alabama.

May 15, 1930.

Wm. C. Rayburn, of Guntersville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J.

Petition of John Smith, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Smith v. State, 23 Ala. App. 488, 128 So. 358.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.